### IN RE JUSTIN F. ET AL.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 29498/AC 30610/AC 30611) is dismissed.

*Anthony L.* and *Kimberly A-L.*, pro se, in support of the petition.

Decided June 17, 2009

### JEFFREY RIDDICK *v.* COMMISSIONER OF CORRECTION

The petitioner Jeffrey Riddick's petition for certification for appeal from the Appellate Court, 113 Conn. App. 456 (AC 27975), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the decision of the habeas court granting the motion of the petitioner's counsel to withdraw pursuant to *Anders* v. *California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967)?"

The Supreme Court docket number is SC 18394.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided June 25, 2009